UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHN MURPHY                                                    CIVIL ACTION

versus                                                             NO. 12-1339

COOPER, ET AL.                                              SECTION: "H" (3)

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report

and Recommendation of the United States Magistrate Judge, and the failure of any party to file

timely an objection to the Magistrate Judge's Report and Recommendation, hereby approves the

Report and Recommendation of the United States Magistrate Judge and adopts it as its own

opinion.  Accordingly,

**IT IS ORDERED** that the federal petition of **John Murphy** for *habeas corpus* relief is

**DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 7th day of November, 2012.

JANE TRICHE MILAZZO
**UNITED STATES DISTRICT JUDGE**